UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEROME KEITH MARTIN,

        Plaintiff,                                 Case No. 2:06-cv-119

v.                                           Honorable Gordon J. Quist

(UNKNOWN) BERGH et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered this date;

IT IS HEREBY ORDERED that Plaintiff's motion to extend time (docket #73) is DENIED.

IT IS FURTHER ORDERED that Defendants' motion for summary judgment (docket #39) is GRANTED, and Plaintiff's complaint is DISMISSED without prejudice.

FINALLY, IT IS ORDERED that, for the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated: September 12, 2008                                  /s/ Gordon J. Quist
                                                                  GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE